JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR TEJEDA, | Case No. ED CV 11-759-CJC (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| J. ENRIQUEZ, | |
| Defendant(s). | |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: February 14, 2012

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE